AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA, A Limited
Liability Law Partnership

JEFFREY H. K. SIA 3029-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
Facsimile No.: (808) 526-3491
Jeffrey.sia@hawadvocate.com

Attorneys for Defendants
WHALERS COVE MGM'T., LLC
and MARIANNE V. MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>WHALERS COVE MGM'T., LLC, a Hawaii Limited Liability Company, dba WHALERS COVE MANAGEMENT LLC and/or WHALERS COVE RESORT and/or WHALERS COVE OCEANFRONT LUXURY AT POIPU and/or MY KAUAI VACATION; MARIANNE V. MARTIN, an individual, aka MARIANNE MARTIN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | CIVIL NO. CV15-00260 KSC/None<br>(Copyright Infringement)<br><br>DEFENDANTS WHALERS COVE MGM'T., LLC AND MARIANNE V. MARTIN'S ANSWER TO [#1] PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENTS AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATONS FILED ON 7/10/15; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE<br><br>Trial date: None set yet |

Defendants. )
)
_________________________________ )

[2015377JHKS/#757936]

DEFENDANTS WHALERS COVE MGM'T., LLC AND MARIANNE V. MARTIN'S ANSWER TO [#1] PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENTS AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATONS FILED ON 7/10/15

Defendants WHALERS COVE MGM'T., LLC and MARIANNE V. MARTIN (hereinafter individually referred to "Whalers Cove" and "Martin," respectively and collectively referred to as "Defendants"), by and through their attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, answer Plaintiffs' Complaint For Copyright Infringements and Digital Millennium Copyright Act Violatons Filed on 7/10/15 ("Complaint"), and allege and aver as follows:

FIRST DEFENSE:

1. The Complaint fails to state a claim against the Defendants upon which the relief sought can be granted.

SECOND DEFENSE:

2. The Defendant deny the allegations contained in paragraphs no. 22, 23, 24, 25, and 28.

3. The Defendants are without sufficient knowledge and/or information to form a belief as to the truth of the allegations contained in paragraphs no. 1, 2, 5, 6, 7, 8, 14, 15, 16, 17, 18, and 21.

4. As to paragraph no. 3, the Defendants admit that Whalers Cove Mgm't., LLC is a limited liability company registered and organized in the State of Hawaii with its principal place of business in Koloa, Hawaii and has a registered tradename of "My Kauai Vacation," but deny the remaining allegations to the extent they are understood.

5. As to paragraph no. 4, the Defendants admit that Martin, who also is known as Marianne Martin, is a person residing in the State of Hawaii and the sole member of Whalers Cove, but are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

6. As to paragraph no. 9, the Defendants admit that Whalers Cove and Martin are involved in the property management business; deny that the Defendants do business under the names of Whalers Cove Management LLC, Whalers Cove Resort, Whalers Cove Oceanfront Luxury at Poipu, or My Kauai Vacation as the allegation is understood; and are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

7. As to paragraph no. 10, the Defendants admit that there is a website at http://www.whalerscoveresort.com/ where information about certain property or properties can be seen; reservations can be made; and hyperlink icons can be clicked on to route the user to Facebook and Twitter, but they are without sufficient

knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

8. As to paragraph no. 11, the Defendants admit that there is a web page on Facebook at https://www.facebook.com/WhalersCoveResort, pertaining to Whalers Cove Resort, but are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

9. As to paragraph no. 12, the Defendants admit that there was a web page on Pinterest at http://www.pinterest.com/whalerscove, pertaining to Whalers Cove Resort, but are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

10. As to paragraph no. 13, the Defendants admit that there is a web page on Twitter at https//twitter.com/whalerscoveHI, pertaining to Whalers Cove Resort

11. As to paragraph no. 19, the Defendants deny violating Plaintiff Vincent Khoury Tylor's exclusive rights, but are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

12. As to paragraph no. 20, the Defendants deny violating Plaintiff Vincent Scott Tylor's exclusive rights, but are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained

therein.

13. As to paragraph no. 26, the Defendants admit that Martin is the sole member of Whalers Cove, but deny the remaining allegations contained therein.

14. As to paragraph no. 27, the Defendants admit that Plaintiffs, through their attorney, notified them of alleged copyright infringement and Digital Millennium Copyright Act violations with respect to certain photographs or images, and made monetary and cease-and-desist demands on the Defendants. The Defendants are without sufficient knowledge and/or information to form a belief as to the truth of the remaining allegations contained therein.

SECOND DEFENSE AS TO FIRST CAUSE OF ACTION: COPYRIGHT INFRINGEMENTS:

15. In reply to paragraph no. 29 of the First Cause of Action: Copyright Infringements, the Defendants repeat and reallege their answers to the allegations contained in paragraphs no. 1 through 28 of Plaintiffs' Complaint as set forth herein.

16. The Defendants deny the allegations contained in paragraphs no. 31, 32, 33, 34, 35, 36, and 37.

17. The Defendants are without sufficient knowledge and/or information to form a belief as to the truth of the allegations contained in paragraphs no. 30, 38, and 39.

SECOND DEFENSE AS TO SECOND CAUSE OF ACTION: DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS:

18. In reply to paragraph no. 40 of the Second Cause of Action: Digital Millennium Copyright Act Violations, the Defendants repeat and reallege their answers to the allegations contained in paragraphs no. 1 through 39 of Plaintiffs' Complaint as set forth herein.

19. The Defendants deny the allegations contained in paragraphs no. 41 and 42.

20. The Defendants are without sufficient knowledge and/or information to form a belief as to the truth of the allegations contained in paragraphs no. 43 and 44.

THIRD DEFENSE:

21. The Defendants assert the failure to add or name an indispensable party or indispensable parties to this action.

FOURTH DEFENSE:

22. The Defendants assert assumption of the risk as an affirmative defense.

FIFTH DEFENSE:

23. The Defendants assert the failure to reasonably mitigate damages, if any, as an affirmative defense.

SIXTH DEFENSE:

24. The Defendants assert the doctrines of estoppel and/or waiver as affirmative defenses.

SEVENTH DEFENSE:

25. The Defendants assert comparative negligence as an affirmative defense.

EIGHTH DEFENSE:

26. The Defendants assert innocent intent as an affirmative defense.

NINTH DEFENSE:

27. The Defendants assert any and all affirmative defenses under and pursuant to Rule 8(c) of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants pray that the Complaint be dismissed against them and that they have their costs and such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, October 31, 2015.

/s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
Attorneys for Defendants
WHALERS COVE MGM'T., LLC and
MARIANNE V. MARTIN