AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA, A Limited
Liability Law Partnership

JEFFREY H. K. SIA 3029-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6119
Facsimile No.: (808) 526-3491
Jeffrey.sia@hawadvocate.com

Attorneys for Defendants
WHALERS COVE MGM'T., LLC
and MARIANNE V. MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>WHALERS COVE MGM'T., LLC, a Hawaii Limited Liability Company, dba WHALERS COVE MANAGEMENT LLC and/or WHALERS COVE RESORT and/or WHALERS COVE OCEANFRONT LUXURY AT POIPU and/or MY KAUAI VACATION; MARIANNE V. MARTIN, an individual, aka MARIANNE MARTIN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | CIVIL NO. CV15-00260 DKW/KSC<br>(Copyright Infringement)<br><br>DEFENDANTS WHALERS COVE MGM'T., LLC AND MARIANNE V. MARTIN'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>Trial date: 9/26/16 |

Defendants. )
_________________________________ )

[2015377JHKS/#764640]

DEFENDANTS WHALERS COVE MGM'T., LLC AND MARIANNE V. MARTIN'S INITIAL DISCLOSURES

Defendants WHALERS COVE MGM'T., LLC and MARIANNE V. MARTIN (hereinafter individually referred to "Whalers Cove" and "Martin," respectively and collectively referred to as "Defendants"), by and through their attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, hereby submit their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure as follows:

I. WITNESSES WITH DISCOVERABLE INFORMATION

- Plaintiff Vincent Khoury Tylor – c/o J. Stephen Street, Esq., 134 Maono Place, Honolulu, Hawaii 96821 and Dane Anderson, Esq., P.O. Box #1621, Honolulu, Hawaii 96806.
- Plaintiff Vincent Scott Tylor – c/o J. Stephen Street, Esq., 134 Maono Place, Honolulu, Hawaii 96821 and Dane Anderson, Esq., P.O. Box #1621, Honolulu, Hawaii 96806.
- Defendant Marianne V. Martin – c/o Ayabe Chong Nishimoto Sia & Nakamura, 1003 Bishop Street, Suite 2500, Honolulu, Hawaii 96813.

- Ruth Ann – c/o RAW Marketing, LLC, 1497 Hunters Run Dr., Bourbonnais, IL 60914.
- J. Stephen Street, Esq. – c/o J. Stephen Street, Esq., 134 Maono Place, Honolulu, Hawaii 96821 and Dane Anderson, Esq., P.O. Box #1621, Honolulu, Hawaii 96806.
- Dane Anderson, Esq. – c/o J. Stephen Street, Esq., 134 Maono Place, Honolulu, Hawaii 96821 and Dane Anderson, Esq., P.O. Box #1621, Honolulu, Hawaii 96806.

Plaintiffs are expected to testify about the facts forming the basis for their claims, how they search the Internet or through the Internet to catch alleged violators of their copyrighted images, how they are aware of unmarked images allegedly belonging to them that are posted and available through the Internet and through social media, and claimed damages. The Defendant is expected to testify about her hiring of RAW Marketing and what it did with respect to the subject images and her instruction to take down, remove, and/or delete the images/posts upon receiving pre-suit notice and demand from Plaintiffs' attorney. The attorneys are expected to testify about their attorney's fees and costs incurred to the extent those amounts are claimed by Plaintiffs as part of their damages.

- Custodian of records for RAW Marketing, LLC – RAW Marketing, LLC, 1497 Hunters Run Dr., Bourbonnais, IL 60914.

The custodian of records is expected to authenticate the company's records relating to these matters.

II. DOCUMENTS

The Defendants are looking for e-mails and/or correspondence between Ms. Martin and RAW Marketing relating to RAW Marketing's work relative to the matters involved in this case. The Defendants will produce a copy of Defendants' insurance policy with Dongbu Insurance Company. If the professional liability insurance policy with Westchester Fire Insurance Company is located, a copy will be produced to Plaintiffs.

III. COMPUTATION OF DAMAGES

The Defendants are not claiming any damages in this action. Plaintiffs, however, claims damages that have yet to be determined.

IV. INSURANCE POLICY

At the time relevant in this case, the Defendants were insured under a commercial insurance policy with Dongbu Insurance Company, which provided, among other types of insurance coverage, commercial general liability insurance. A copy of the policy will be produced to Plaintiffs. Dongbu has disputed liability insurance coverage for the claims against the Defendants and is defending the Defendants under a reservation of rights under the subject policy. Dongbu also filed a declaratory relief action known as ***Dongbu Ins. Company, Ltd. v. Whalers Cove***

***Management, LLC, et. al.***, Civil No. CV 15-00366 (DKW/KSC) in the U.S. District Court, District of Hawaii.

At the time relevant to this case, the Defendants also were insured under a professional liability insurance policy issued by Westchester Fire Insurance Company. The policy is identified as policy no. G27094284-001 with a policy period of 11/1/13 to 11/1/14, and had a $1 million limit of liability (per claim and aggregate) with a $5,000 claim retention. On behalf of the insurer, ACE North American Claims (claims administrator for the insurer) informed the Defendants that there was no liability insurance coverage under the policy for the claims asserted by Plaintiffs, citing primarily an exclusion for damages or claims expenses on account of any claim "[a]lleging, based upon, arising out of, or attributable to any validity, invalidity, infringement, violation or misappropriation of any patent, copyright, service mark, trademark, trade name, trade secret or any other intellectual property right." The insurer is not providing a defense for the Defendants in this case.

## V. EXPERTS

The Defendants have not yet retained any expert witnesses in this case.

DATED: Honolulu, Hawaii, December 7, 2015.

/s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
Attorneys for Defendants
WHALERS COVE MGM'T., LLC and
MARIANNE V. MARTIN