J. STEPHEN STREET 1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.: (808) 754-1647
Facsimile No.: (888) 334-6499
E-mail: jsstreet@ip-law-hawaii.com

DANE ANDERSON 9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii 96806
Telephone No.: (808) 285-4760
E-mail: dane@andersonlawhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>WHALERS COVE MGM'T., LLC, a Hawaii Limited Liability Company, dba WHALERS COVE MANAGEMENT LLC and/or WHALERS COVE RESORT and/or WHALERS COVE OCEANFRONT LUXURY AT POIPU and/or MY KAUAI VACATION; MARIANNE V. MARTIN, an individual, aka MARIANNE MARTIN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE | CIVIL NO. 15-00260 DKW-KSC<br>(Copyright Infringement)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS |

ASSOCIATIONS 1-10, )
)
Defendants. )
_________________________________ )

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) F.R.C.P. AS TO ALL PARTIES AND ALL CLAIMS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, due to settlement between and among Plaintiffs VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR (collectively "Plaintiffs"), Defendant WHALERS COVE MGM'T., LLC ("WCM"), a Hawaii Limited Liability Company, and Defendant MARIANNE V. MARTIN ("Martin"), an individual, being all of the parties who have appeared in this action, Plaintiffs, WCM, and Martin hereby stipulate, through their respective attorneys, to a dismissal with prejudice as to all claims against WCM and Martin alleged in the Complaint (Dkt. #1) filed in this action on July 10, 2015.

Trial was scheduled for September 26, 2016. Each party shall bear his/its/her own attorneys' fees and costs. This Stipulation is signed by counsel for Plaintiffs, WCM, and Martin, being all parties that have appeared in this action. Plaintiffs, WCM, and Martin agree that this Court shall retain jurisdiction to resolve any disputes or actions related to the settlement agreement by and between Plaintiffs, WCM, and Martin, dated February 25, 2016. See Kokkonen v. Guardian Life Ins., 511 U.S. 375, 381-82 (1994) (holding that where dismissal is pursuant to Rule

41(a)(1)(A)(ii), a District Court is authorized to retain jurisdiction over the settlement contract if the parties agree).

DATED: Honolulu, Hawai`i, June 18, 2016.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs
VINCENT KHOURY TYLOR
and VINCENT SCOTT TYLOR

/s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA LLLP
Attorneys for Defendants WHALERS COVE MGM'T., LLC
and MARIANNE V. MARTIN

APPROVED AS TO FORM.

DATED: June 20, 2016 at Honolulu, Hawai'i.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge